[Nos. 23806-3-II; 24651-1-II. Division Two. June 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRLEY DARLENE BREDFIELD, *Appellant*.
*In the Matter of the Personal Restraint of* SHIRLEY D. BREDFIELD, *Petitioner*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 97-1-00737-0, Randolph Furman, J., entered May 21, 1998, together with a petition for relief from personal restraint. Conviction *affirmed* and petition *denied* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 44308-9-I. Division One. June 16, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN M. FEDOROV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10289-4, George A. Finkle, J., entered February 26, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 40340-1-I. Division One. June 19, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07181-8, Jeanette R. Burrage, J., entered March 6, 1997. *Affirmed* by unpublished per curiam opinion.